PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Thomas Weatherly                     Cr.: 06-00258-001
                                                       PACTS #: 45509

Name of Sentencing Judicial Officer:    THE HONORABLE ANNE E. THOMPSON
                                        SENIOR UNITED STATES DISTRICT JUDGE

Date of Original Sentence: 12/15/2006

Original Offense:    Count One: Possession of a Firearm by a Convicted Felon of at Least Three Violent
                     Felonies or Felony Drug Offenses, 18 U.S.C §§ 922(g)(1) and 924(e)(1)

Original Sentence: 200 months imprisonment; five years supervised release; $100 Special Assessment

Special Conditions: Alcohol and Substance Abuse Testing and Treatment, DNA testing, Financial
Disclosure

Type of Supervision: Supervised Release          Date Supervision Commenced: 11/13/2019

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

1                   The offender has violated the special supervision condition which states **'You
                    must refrain from the illegal possession and use of drugs, including
                    prescription medication not prescribed in your name, and/or the use of
                    alcohol, and must submit to urinalysis or other forms of testing to ensure
                    compliance. It is further ordered that you must submit to evaluation and
                    treatment, on an outpatient or inpatient basis, as approved by the U.S.
                    Probation Office. You must abide by the rules of any program and must
                    remain in treatment until satisfactorily discharged by the Court. You
                    must alert all medical professionals of any prior substance abuse history,
                    including any prior history of prescription drug abuse. The U.S.
                    Probation Office will supervise your compliance with this condition.'**

                    The offender reported to the probation office upon his release from Toler
                    House on November 13, 2019. A urine sample taken during the office visit
                    tested positive for buprenorphine (Suboxone) via a multi-panel instant test.
                    The offender vehemently denied intentional use of any illicit substances, but
                    admitted that prior to being released from Toler House, he took a cup of coffee
                    from another inmate who he knew to be a narcotics distributor, and that after
                    drinking the coffee, he felt physically "awful."

U.S. Probation Officer Action:

The offender was counseled regarding the positive results. He was advised that the noncompliance would be reported to the Court and that treatment options will be considered and implemented to prevent any substance abuse relapse, given the fact he is a former heroin abuser. At this juncture, it is respectfully requested that no action be taken by the Court. If Your Honor approves, the probation officer will increase urine monitoring for illicit drug use detection, seek treatment for the offender, and requests that this document be used as an official judicial reprimand.

Respectfully submitted,

*Gisella M. Bassolino/jj*

By: Gisella M. Bassolino
Senior U.S. Probation Officer
Date: 12/05/2019

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken at This Time (as recommended by the Probation Office)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

*Anne E. Thompson*
Signature of Judicial Officer

12-13-19
Date